AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ **PUERTO RICO**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **CARMELO MARTINEZ-SANCHEZ** | Case Number: 01-CR-106-17 (SEC) |
| | USM Number: 21024-069 |
| | AFPD, HECTOR RAMOS |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of     conditions # 1 and # 7     of the term of supervision.
X  NOT admitted guilt to violation of condition # 11 of the term of supervision.
☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition # 7 | Failure to refrain from excessive use of alcohol and to purchases, posses, use, distribute, or administer any controlled substance. | 2/2/04; 2/28/05; 3/17/05; 3/8/06; 5/17/06; 5/25/06 |
| Condition # 1 | Committed another crimes, federal, state, or local. | 1/1/05; 4/9/06; 4/29/06; 5/28/06; 7/27/06 |
| Condition # 11 | Failure to notify the USPO within 72 hours of being arrested or questioned by a Law Enforcement Officer. | 11/1/05; 4/29/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 8, 2007
Date of Imposition of Judgment

s/ *Salvador E. Casellas*
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

February 8, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       CARMELO MARTINEZ-SANCHEZ
CASE NUMBER:     01-CR-106 (01)(SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   **FOURTEEN (14)  MONTHS. That he be given credit for time in federal custody.**

X   The court makes the following recommendations to the Bureau of Prisons:
   **1. That the defendant participate in drug treatment.
   2. That the defendant serve his sentence in the State of Florida.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____